AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| HOWARD MICHAEL CAPLAN <br><br> *Plaintiff(s)* <br><br> v. <br><br> JOE FERRARO TIRE MART INC., a Florida Profit Corporation and JOE TIRE SHOP INC., a Florida Profit Corporation d/b/a JOE FERRARO TIRE MART, and POMPANO LISE LLC, a Florida Limited Liability <br><br> *Defendant(s)* | Civil Action No. 22-cv-60653-Smith/Valle |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
JOE TIRE SHOP INC. d/b/a JOE FERRARO TIRE MART

Registered Agent:
Dos Santos, Rosangela
536 South Dixie Hwy East
Pompano Beach, FL 33060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
RONALD E. STERN, ESQ.
THE ADVOCACY LAW FIRM, P.A.
1250 E. HALLANDALE BEACH BLVD., SUITE 503
HALLANDALE BEACH, FLORIDA 33009
ATTORNEY FOR PLAINTIFF, HOWARD MICHAEL CAPLAN

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: 3/31/2022

s/ J. Adams
Deputy Clerk
U.S. District Courts

**SUMMONS**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| HOWARD MICHAEL CAPLAN  *Plaintiff(s)*  v.  JOE FERRARO TIRE MART INC., a Florida Profit Corporation and JOE TIRE SHOP INC., a Florida Profit Corporation d/b/a JOE FERRARO TIRE MART, and POMPANO LISE LLC, a Florida Limited Liability  *Defendant(s)* | Civil Action No. 22-cv-60653-Smith/Valle |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  JOE FERRARO TIRE MART INC. d/b/a JOE FERRARO TIRE MART

Registered Agent:
Defelice, Salvatore D., Esq.
2637 North Andrews
Fort Lauderdale, FL 33311

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RONALD E. STERN, ESQ.
THE ADVOCACY LAW FIRM, P.A.
1250 E. HALLANDALE BEACH BLVD., SUITE 503
HALLANDALE BEACH, FLORIDA 33009
ATTORNEY FOR PLAINTIFF, HOWARD MICHAEL CAPLAN

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3/31/2022



**SUMMONS**

*s/ J. Adams*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

HOWARD MICHAEL CAPLAN

*Plaintiff(s)*

v.  Civil Action No. 22-cv-60653-Smith/Valle

JOE FERRARO TIRE MART INC., a Florida Profit Corporation and JOE TIRE SHOP INC., a Florida Profit Corporation d/b/a JOE FERRARO TIRE MART, and POMPANO LISE LLC, a Florida Limited Liability

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
POMPANO LISE LLC

Registered Agent:
Pruden, James L, Esq.
220 S. Dixie Highway
Boca Raton, FL 33432

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RONALD E. STERN, ESQ.
THE ADVOCACY LAW FIRM, P.A.
1250 E. HALLANDALE BEACH BLVD., SUITE 503
HALLANDALE BEACH, FLORIDA 33009
ATTORNEY FOR PLAINTIFF, HOWARD MICHAEL CAPLAN

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3/31/2022



**SUMMONS**

s/ J. Adams

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court